CARA F. BARRICK, CA Bar No. 303107
cara.barrick@ogletree.com
SHANNON R. CLAWSON, CA Bar No. 273699
shannon.clawson@ogletree.com
KRISTIN C. CHRISTENSEN Bar No. 286711
kristin.christensen@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:     415-442-4810
Facsimile:      415-442-4870

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA;
PAUL LANDRY and JAYCEE DEGUZMAN

STEVEN N. WILLIAMS, CA Bar No. 175489
swilliams@saverilawfirm.com
KAI'REE HOWARD, CA Bar No. 351730
khoward@stevenwilliams.law.com
STEVEN WILLIAMS LAW, P.C.
201 Spear Street, Suite 1100
San Francisco, CA  94105
Telephone:     415-697-1509

Attorneys for Plaintiff
RUBY L. ALLEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY L. ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; PAUL LANDRY and JAYCEE DEGUZMAN,<br><br>　　　　Defendants. | Case No. 4:21-cv-03856 KAW<br><br>**JOINT STIPULATION REQUESTING TO VACATE ALL REMAINING TRIAL DATES; ORDER AS MODIFIED**<br><br>Complaint Filed:　August 30, 2021<br>Trial Date:　　　　May 6, 2024<br>Judge:　　　　　　Hon. Kandis A. Westmore |

**JOINT STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff RUBY ALLEN ("Plaintiff") and Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ("Defendant") (collectively, "Parties") by and through their respective counsel of record, as follows:

**WHEREAS**, trial in this action is currently scheduled to begin May 6, 2024;

**WHEREAS**, on February 26, 2024 the Parties engaged in a Mandatory Settlement Conference with Judge Lisa Cisneros and reached an agreement to settle this entire action (although the parties still need to finalize and execute the long form settlement agreement);

**WHEREAS**, there are a series of other upcoming deadlines including a Joint Pre-Trial Conference Statement and Motions in Limine due on March 26, 2024, and a Final Pre-Trial Status Conference on April 25, 2024;

**WHEREAS**, to avoid unnecessary burdens on the court and the litigants and to promote the rational and efficient allocation of judicial and party resources, the Parties believe the current trial date of May 6, 2024 should be vacated, along with all other trial-related dates;

**NOW, THEREFORE**, it is hereby stipulated by the Parties, through their respective counsel of records, that the current trial date of May 6, 2024 and all other pending trial-related dates (including the Joint Pre-Trial Conference Statement and Motions in Limine due on March 26, 2024, and a Final Pre-Trial Status Conference on April 25, 2024) should be vacated pending the finalization of the settlement papers.

DATED: March 20, 2024

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *Cara Barrick*
CARA F. BARRICK
SHANNON R. CLAWSON
KRISTIN C. CHRISTENSEN
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; PAUL LANDRY and JAYCEE DEGUZMAN

DATED: March 20, 2024

STEVEN WILLIAMS LAW P.C.

By: */s/ Steven N. Williams*
STEVEN N. WILLIAMS
KAI'REE K. HOWARD
Attorneys for Plaintiff
RUBY L. ALLEN

**ORDER AS MODIFIED**

For good cause shown and pursuant to the terms of the Parties' Joint Stipulation to Vacate Trial Date and Other Related Deadlines Pending Settlement, the Court hereby vacates the trial date of May 6, 2024 in this action, the Final Pre-Trial Status Conference on April 25, 2024, and all other pending trial-related dates. Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court

**IT IS SO ORDERED.**

DATED:   March 29, 2024

_____
The Hon. Kandis A. Westmore
United States Magistrate Judge

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: March 20, 2024

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Cara Barrick
CARA F. BARRICK
SHANNON R. CLAWSON
KRISTIN C. CHRISTENSEN
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; PAUL LANDRY and JAYCEE DEGUZMAN

# CERTIFICATE OF SERVICE
*Ruby L. Allen v. The Regents of the University of California*
United States District Court, Northern District of California
Case No. 4:21-cv-03856 KAW

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Fifteenth Floor, Costa Mesa, CA 92626.

On March 20, 2024, the following document(s) were served: **JOINT STIPULATION REQUESTING TO VACATE ALL REMAINING TRIAL DATES; PROPOSED ORDER** on the parties below in the method indicated.

| | |
|---|---|
| Steven N. Williams<br>Kai'Rae Howard<br>JOSEPH SEVERI LAW FIRM<br>201 Spear Street, Suite 1100<br>San Francisco, CA  94105<br>Tel:        415-697-1509<br>swilliams@saverilawfirm.com<br>khoward@stevenwilliams.law.com<br>Agetzell@saverilawfirm.com<br>ajensen@saverilawfirm.com<br>dvandemortel@saverilawfirm.com<br>jday@saverilawfirm.com<br>rponce@saverilawfirm.com<br>yspruitt@aol.com | Attorneys for Plaintiff<br>Ruby L. Allen |

☒     **BY NOTICE OF ELECTRONIC FILING**: The above-listed counsel has consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 20, 2024 at Costa Mesa, California.

*/s/ Roby Nathan*