PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P.O. Box 5843
Oakland CA  94605
Telephone:  (510) 452-0292
Facsimile:   (510) 452-5625
E-mail:  pamela@pypesq.com

Former Attorneys for Plaintiff
RUBY L. ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY L. ALLEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAUL LANDRY et al.,<br><br>　　　　Defendants. | NO.  4:21-cv-03856 KAW<br><br>**RELEASE AND NOTICE OF**<br>**SATISFACTION OF LIEN CLAIM** |

**TO:** **ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Attorney Pamela Y. Price hereby releases her claim of lien against any settlement or judgment proceeds to be paid to Plaintiff RUBY L. ALLEN and/or her attorneys, for attorneys' fees and costs, said lien having been fully satisfied.

Dated: May 14, 2024

_____
PAMELA Y. PRICE, Former Attorney for Plaintiff
RUBY L. ALLEN

13547P214PYP

RELEASE AND NOTICE OF SATISFACTION OF LIEN (4:21-cv-03856 KAW)