Steven N. Williams (SBN 175489)
Kai'Ree K. Howard (SBN 351730)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: 415-697-1509
swilliams@stevenwilliamslaw.com
khoward@stevenwilliamslaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBY L. ALLEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAUL LANDRY and JAYCEE DE GUZMAN,<br><br>                    Defendants. | Case No. 4:21-cv-03856-KAW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (FED. R. CIV. PROC. 41(a)) AND ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ruby Allen and Defendant the Regents of the University of California, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned action, with each party to bear its own attorneys' fees and costs.

1

2   Dated:  May 22, 2024                     **STEVEN WILLIAMS LAW P.C.**

3

4                                            By:   */s/ Steven N. Williams*_____
                                                    Steven N. Williams
5
                                             **STEVEN WILLIAMS LAW P.C.**
6                                            201 Spear Street, Suite 100
                                             San Francisco, California 94105
7                                            Telephone:  (415) 697-1509
                                             Email: swilliams@stevenwilliamslaw.com
8
                                             Attorneys for Ruby Allen
9

10  Dated:  May 22, 2024                     **OGLETREE, DEAKINS, NASH, SMOAK &**
                                             **STEWART, P.C.**
11

12                                           By:   */s/ Cara F. Barrick*_____
                                                    Cara F. Barrick
13
                                             **OGLETREE, DEAKINS, NASH, SMOAK &**
14                                           **STEWART, P.C.**
                                             One Embarcadero Center, Suite 900
15                                           San Francisco, California 94111
                                             Telephone:  (415) 442-4810
16                                           Email: cara.barrick@ogletree.com

17                                           Attorneys for Defendant The Regents of the
                                             University of California
18

19                        <u>**ORDER OF DISMISSAL**</u>

20        Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii),

21  it is ordered that the action be, and hereby is, dismissed with prejudice as to all claims, causes of

22  actions and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is

23  directed to close the file.

24
    Dated:  _____
25

26
                                             _____
27                                           HON. KANDIS A. WESTMORE
                                             UNITED STATES DISTRICT JUDGE
28

    -                                                                                    2
    JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
                                             <small>Case No. 4:21-CV-03856-KAW</small>