Steven N. Williams (SBN 175489)
Kai'Ree K. Howard (SBN 351730)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: 415-697-1509
swilliams@stevenwilliamslaw.com
khoward@stevenwilliamslaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBY L. ALLEN,<br><br>            Plaintiff,<br><br>     v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAUL LANDRY and JAYCEE DE GUZMAN,<br><br>            Defendants. | Case No. 4:21-cv-03856-KAW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (FED. R. CIV. PROC. 41(a)) AND ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ruby Allen and Defendant the Regents of the University of California, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned action, with each party to bear its own attorneys' fees and costs.

Dated: May 22, 2024         **STEVEN WILLIAMS LAW P.C.**

By: /s/ Steven N. Williams
 Steven N. Williams

**STEVEN WILLIAMS LAW P.C.**
201 Spear Street, Suite 100
San Francisco, California 94105
Telephone: (415) 697-1509
Email: swilliams@stevenwilliamslaw.com

Attorneys for Ruby Allen

Dated: May 22, 2024         **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ Cara F. Barrick
 Cara F. Barrick

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
One Embarcadero Center, Suite 900
San Francisco, California 94111
Telephone: (415) 442-4810
Email: cara.barrick@ogletree.com

Attorneys for Defendant The Regents of the University of California

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that the action be, and hereby is, dismissed with prejudice as to all claims, causes of actions and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: May 24, 2024

*[Signature: Kandis Westmore]*
HON. KANDIS A. WESTMORE
UNITED STATES DISTRICT JUDGE